**STATE of Missouri, Respondent,**

v.

**William Timothy COLLINS, Appellant.**

No. WD35462.

Missouri Court of Appeals,
Western District.

Oct. 2, 1984.

L.E. Atherton, Milan, for appellant.

John E. Casey, Brookfield, for respondent.

Before DIXON, P.J., and SHANGLER and CLARK, JJ.

ORDER

PER CURIAM

Appeal from conviction of possession of a controlled substance, marihuana, a misdemeanor, in violation of § 295.020, RSMo 1978.

The jury assessed a sentence of six months in the county jail and a fine of $500.

Judgment is affirmed. Rule 30.25(b).